# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORRIS DAJON MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JANET MEDA, ET. AL.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00264-JLT-HBK (PC)<br><br>ORDER TO DISMISS<br><br>(Doc. 10) |

On April 25, 2022, the Court found, based upon the magistrate judge's findings and recommendations, that Plaintiff is a three-striker under 28 U.S.C. § 1915(g) and that Plaintiff's complaint did not contain sufficient facts alleging imminent danger of serious physical harm. (Doc. 10).  Plaintiff was directed to pay the full filing fee within thirty days and was warned that failure to timely pay would result in summary dismissal of the case.  (*Id.* at 2.)  As of the date on this order, Plaintiff has not paid the filing fee and the time to do so has expired.  (*See* docket.)

Accordingly, this case is **DISMISSED**.  The Clerk of court shall terminate any pending motions, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

Dated:　**June 10, 2022**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE